IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JOE HAND PROMOTIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> GATER, INC. and ERIC GATES, <br><br> Defendants. | 8:23CV521 <br><br> **DISMISSAL ORDER** |

    This matter is before the Court on plaintiff Joe Hand Promotions, Inc.'s and defendants Gater, Inc. and Eric Gates's Joint Stipulation of Dismissal With Prejudice (Filing No. 23) pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). The Court has reviewed the parties' submission and finds it complies with Rule 41(a) and should be approved. As such,

IT IS ORDERED:

1. The parties' Joint Stipulation of Dismissal With Prejudice (Filing No. 23) is approved.
2. The above-captioned action is dismissed with prejudice, with each party to bear their own attorney fees and costs.
3. Plaintiff Joe Hand Promotions, Inc's pending Motion for Summary Judgment (Filing No. 20) is denied as moot.

Dated this 2nd day of January 2025.

BY THE COURT:

Robert F. Rossiter, Jr.
Chief United States District Judge